**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jerry**<br>First name<br><br>**Wayne**<br>Middle name<br><br>**Wilson**<br>Last name and Suffix (Sr., Jr., II, III) | **Wendy**<br>First name<br><br>**Ann**<br>Middle name<br><br>**Wilson**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Jerry W Wilson**<br>**Wayne Wilson**<br>**Jerry Wayne Wilson, Sr.** | **FKA Wendy Ann Kizer** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-5653** | **xxx-xx-9461** |

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5.** **Where you live** | **2268 Mesa Canyon Drive**<br>**Laughlin, NV 89029-0700**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

10/29/21 4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**                                    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.  Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

10/29/21  4:24PM

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15.** **Tell the court whether you have received a briefing about credit counseling.** | *You must check one:* | *You must check one:* |
| | ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| | ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| | ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| | ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| | ☐ **Active duty.**
I am currently on active military duty in a military combat zone. | ☐ **Active duty.**
I am currently on active military duty in a military combat zone. |
| | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**                                             Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jerry Wayne Wilson**                                **/s/ Wendy Ann Wilson**
**Jerry Wayne Wilson**                                    **Wendy Ann Wilson**
Signature of Debtor 1                                     Signature of Debtor 2

Executed on   **October 29, 2021**                        Executed on   **October 29, 2021**
              MM / DD / YYYY                                            MM / DD / YYYY

| Debtor 1 | **Jerry Wayne Wilson** | | |
|---|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David L. Tanner, Esq. #**      Date    **October 29, 2021**

Signature of Attorney for Debtor           MM / DD / YYYY

**David L. Tanner, Esq. # 002366**

Printed name

**Law Offices of Layne F. Barney, Esq.**

Firm name

**800 North Rainbow Boulevard - Suite #134**
**Las Vegas, NV 89107**

Number, Street, City, State & ZIP Code

Contact phone    **702-580-6999**      Email address    **tannerlaw@aol.com**

**# 002366 NV**

Bar number & State

---

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

  You are an individual filing for bankruptcy, and

  Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

  Chapter 7 - Liquidation

  Chapter 11 - Reorganization

  Chapter 12 - Voluntary repayment plan for family farmers or fishermen

  Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

  most taxes;

  most student loans;

  domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |          |                    |
|---|----------|--------------------|
|   | $1,167   | filing fee         |
| + | $571     | administrative fee  |
|   | $1,738   | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

10/29/21  4:24PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $    200,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $    35,587.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $    235,587.00 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    162,496.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    32,535.00 |
| | **Your total liabilities** | $    195,031.00 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    6,042.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $    6,028.90 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
   household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to
   the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**                                            Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                      | $ | **2,292.00** |

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

|  | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

10/29/21  4:24PM

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**2268 Mesa Canyon Drive**
Street address, if available, or other description

**Laughlin          NV      89029-0000**
City                State      ZIP Code

**Clark**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Pay Direct: see In Re: Henderson 492 BR 537 (2013) US BK Court/District of NV**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

■ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| |
|---|
| $200,000.00 |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | Jerry Wayne Wilson | |
|---|---|---|
| Debtor 2 | Wendy Ann Wilson | Case number *(if known)* |

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**

| Make: | **FORD** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | **F-100** | ☐ Debtor 1 only | |
| Year: | **1978** | ☐ Debtor 2 only | |
| Approximate mileage: | **280220** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Other information: | | ☐ At least one of the debtors and another | |

Location: 2268 Mesa Canyon Drive, Laughlin NV 89029

■ Check if this is community property (see instructions)

Current value of the entire property? **$1,500.00**
Current value of the portion you own? **$1,500.00**

**3.2**

| Make: | **TOYOTA** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | **PICK-UP SR5** | ☐ Debtor 1 only | |
| Year: | **1987** | ☐ Debtor 2 only | |
| Approximate mileage: | **260900** | ■ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Other information: | | ☐ At least one of the debtors and another | |

Location: 2268 Mesa Canyon Drive, Laughlin NV 89029

■ Check if this is community property (see instructions)

Current value of the entire property? **$3,000.00**
Current value of the portion you own? **$3,000.00**

**3.3**

| Make: | **CHRYSLER** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | **300** | ☐ Debtor 1 only | |
| Year: | **2017** | ☐ Debtor 2 only | |
| Approximate mileage: | **39099** | ■ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Other information: | | ☐ At least one of the debtors and another | |

Location: 2268 Mesa Canyon Drive, Laughlin NV 89029

■ Check if this is community property (see instructions)

Current value of the entire property? **$18,000.00**
Current value of the portion you own? **$18,000.00**

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................................=>  **$22,500.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

Furniture and Household goods, furnishings, other personal effects, tool box & yard equipment
Location: 2268 Mesa Canyon Drive, Laughlin NV 89029                **$2,550.00**

10/29/21  4:24PM

| Debtor 1 | **Jerry Wayne Wilson** | |
|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number *(if known)* |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No
☐ Yes.  Describe.....

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes.  Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| Shoes, wearing apparel, other personal clothing<br>Location: 2268 Mesa Canyon Drive, Laughlin NV 89029 | $1,500.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| 2 watches, (5 years old) and Costume Jewelry, Wedding Bands (1)<br>Location: 2268 Mesa Canyon Drive, Laughlin NV 89029 | $2,700.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

**15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................**

| $6,750.00 |
|---|

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16.   Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

10/29/21  4:24PM

| Debtor 1 | **Jerry Wayne Wilson** | | |
|---|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number *(if known)* | |

■ Yes...........................................................................................

| | **Cash** | **$25.00** |
|---|---|---|

---

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| | | **Chase Bank Checking Account #....3050**<br>**Source of Deposits:  Social Security**<br>**Checking Account @ Chase Bank: Checking**<br>**Account Chase Bank ---**<br>**JPMorgan Chase Bank, N.A.**<br>**JPMorgan Chase Bank (614) 217-6284**<br>**JPMorgan Chase Bank Corporate**<br>**Headquarters: 1111 Polaris Parkway** | |
| 17.1. | **Checking...#...3050** | **Columbus, Ohio 43240** | **$120.00** |
| | | **Chase Bank Savings Account ##...3050**<br>**Source of Deposits:  Social Security Benefits**<br>**and payments received under the Social**<br>**Security Act**<br>**Checking Account @ Chase Bank: Checking**<br>**Account Chase Bank ---**<br>**JPMorgan Chase Bank, N.A.**<br>**JPMorgan Chase Bank (614) 217-6284**<br>**JPMorgan Chase Bank Corporate**<br>**Headquarters: 1111 Polaris Parkway** | |
| 17.2. | **Savings#...3050** | **Columbus, Ohio 43240** | **$150.00** |

---

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them....................
                    Name of entity:                                                % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
                    Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.
                    Type of account:              Institution name:

10/29/21  4:24PM

| Debtor 1 | **Jerry Wayne Wilson** | | |
|---|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number *(if known)* | |

| | Thrift Saving | RAYTHEON / (HAWKER BEECHCRAFT SAVINGS AND INVESTMENT PLAN ANNUITY) C/O (RAYTHEON/ADMINISTRATOR) RAC  (RAYTHEON/ADMINISTRATOR) P O BOX 85 DEPARTMENT 155 BUILDING 91 WICHITA  KS 67201 | |
|---|---|---|---|
| | | **Location: 2268 Mesa Canyon Drive, Laughlin NV 89029-0700** | $256.00 |
| | Military Retired Pension Benefit | **U.S. MILITARY RETIRED PAY 8899 EAST 56TH STREET INDIANAPOLIS, IN  45249 ACCOUNT #RASX110021204** | $2,036.00 |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................                                   Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............        Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**                                    Case number *(if known)* _____

**30.** **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

   ☐ No
   ■ Yes.  Give specific information..

| | |
|---|---|
| VETERANS ADMINISTRATION DISABILITY BENEFIT $1335 PER MONTH (DEBTOR) | $1,335.00 |
| Social Security Income (Debtor - $1,650.00 per month) Location: 2268 Mesa Canyon Drive, Laughlin NV 89029-0700 | $1,650.00 |
| Social Security Income (Co-Debtor - $ 765.00 per month) | $765.00 |

**31.** **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                          Beneficiary:                    Surrender or refund value:

**32.** **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No
   ☐ Yes.  Give specific information..

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No
   ☐ Yes.  Describe each claim.........

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No
   ☐ Yes.  Describe each claim.........

**35.** **Any financial assets you did not already list**

   ■ No
   ☐ Yes.  Give specific information..

**36.** **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
   **for Part 4. Write that number here**...................................................................................................................

   | $6,337.00 |

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.** **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

---

Official Form 106A/B                           Schedule A/B: Property                                    page 6

| Debtor 1 | **Jerry Wayne Wilson** | |
|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number *(if known)* |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................  **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................  **$200,000.00**

56. **Part 2: Total vehicles, line 5**                                                     **$22,500.00**
57. **Part 3: Total personal and household items, line 15**                            **$6,750.00**
58. **Part 4: Total financial assets, line 36**                                          **$6,337.00**
59. **Part 5: Total business-related property, line 45**                                **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                       **$0.00**
61. **Part 7: Total other property not listed, line 54**              +                 **$0.00**

62. **Total personal property. Add lines 56 through 61...**     **$35,587.00**    Copy personal property total     **$35,587.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                    **$235,587.00**

10/29/21 4:24PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2268 Mesa Canyon Drive Laughlin, NV 89029  Clark County Pay Direct: see In Re: Henderson 492 BR 537 (2013) US BK Court/District of NV** Line from *Schedule A/B*: **1.1** | $200,000.00 | ■ | $58,592.00 | **Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1978 FORD F-100 280220 miles Location: 2268 Mesa Canyon Drive, Laughlin NV 89029** Line from *Schedule A/B*: **3.1** | $1,500.00 | ■ | $1,500.00 | **Nev. Rev. Stat. § 21.090(1)(f)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1987 TOYOTA PICK-UP SR5 260900 miles Location: 2268 Mesa Canyon Drive, Laughlin NV 89029** Line from *Schedule A/B*: **3.2** | $3,000.00 | ■ | $3,000.00 | **Nev. Rev. Stat. § 21.090(1)(f)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Furniture and Household goods, furnishings, other personal effects, tool box & yard equipment Location: 2268 Mesa Canyon Drive, Laughlin NV 89029** Line from *Schedule A/B*: **6.1** | $2,550.00 | ■ | $2,550.00 | **Nev. Rev. Stat. § 21.090(1)(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/29/21  4:24PM

| Debtor 1 | Jerry Wayne Wilson |
|---|---|
| Debtor 2 | Wendy Ann Wilson |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Shoes, wearing apparel, other personal clothing**<br>**Location: 2268 Mesa Canyon Drive, Laughlin NV 89029**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | �■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **2 watches, (5 years old) and Costume Jewelry, Wedding Bands (1)**<br>**Location: 2268 Mesa Canyon Drive, Laughlin NV 89029**<br>Line from *Schedule A/B*: **12.1** | $2,700.00 | ■ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking...#...3050: Chase Bank**<br>**Checking Account #....3050**<br>**Source of Deposits:  Social Security**<br>**Checking Account @ Chase Bank:**<br>**Checking Account Chase Bank ---**<br>**JPMorgan Chase Bank, N.A.**<br>**JPMorgan Chase Bank (614)**<br>**217-6284**<br>**JPMorgan Chase Bank Corporate H**<br>Line from *Schedule A/B*: **17.1** | $120.00 | ■ $220.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(y)** |
| **Savings#...3050: Chase Bank**<br>**Savings Account ##...3050**<br>**Source of Deposits:  Social Security**<br>**Benefits and payments received**<br>**under the Social Security Act**<br>**Checking Account @ Chase Bank:**<br>**Checking Account Chase Bank ---**<br>**JPMorgan Chase Bank, N.A.**<br>**JPMorgan Ch**<br>Line from *Schedule A/B*: **17.2** | $150.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(y)** |
| **Thrift Saving: RAYTHEON /**<br>**(HAWKER BEECHCRAFT SAVINGS**<br>**AND INVESTMENT PLAN ANNUITY)**<br>**C/O (RAYTHEON/ADMINISTRATOR)**<br>**RAC  (RAYTHEON/ADMINISTRATOR)**<br>**P O BOX 85**<br>**DEPARTMENT 155 BUILDING 91**<br>**WICHITA  KS 67201**<br><br>**Location: 2268 Mesa Canyon Drive, Laughlin NV 8902**<br>Line from *Schedule A/B*: **21.1** | $256.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(r)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

10/29/21  4:24PM

| Debtor 1 | Jerry Wayne Wilson |
|---|---|
| Debtor 2 | Wendy Ann Wilson |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Thrift Saving: RAYTHEON / (HAWKER BEECHCRAFT SAVINGS AND INVESTMENT PLAN ANNUITY) C/O (RAYTHEON/ADMINISTRATOR) RAC  (RAYTHEON/ADMINISTRATOR) P O BOX 85 DEPARTMENT 155 BUILDING 91 WICHITA  KS 67201**<br><br>**Location: 2268 Mesa Canyon Drive, Laughlin NV 8902** Line from *Schedule A/B*: **21.1** | $256.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 687B.290** |
| **Thrift Saving: RAYTHEON / (HAWKER BEECHCRAFT SAVINGS AND INVESTMENT PLAN ANNUITY) C/O (RAYTHEON/ADMINISTRATOR) RAC  (RAYTHEON/ADMINISTRATOR) P O BOX 85 DEPARTMENT 155 BUILDING 91 WICHITA  KS 67201**<br><br>**Location: 2268 Mesa Canyon Drive, Laughlin NV 8902** Line from *Schedule A/B*: **21.1** | $256.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **5 U.S.C. § 8346(a)** |
| **Military Retired Pension Benefit: U.S. MILITARY RETIRED PAY 8899 EAST 56TH STREET INDIANAPOLIS, IN  45249 ACCOUNT #RASX110021204** Line from *Schedule A/B*: **21.2** | $2,036.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **Military Retired Pension Benefit: U.S. MILITARY RETIRED PAY 8899 EAST 56TH STREET INDIANAPOLIS, IN  45249 ACCOUNT #RASX110021204** Line from *Schedule A/B*: **21.2** | $2,036.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **10 U.S.C. § 1440** |
| **Military Retired Pension Benefit: U.S. MILITARY RETIRED PAY 8899 EAST 56TH STREET INDIANAPOLIS, IN  45249 ACCOUNT #RASX110021204** Line from *Schedule A/B*: **21.2** | $2,036.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **10 U.S.C.§ 1450(i)** |
| **Military Retired Pension Benefit: U.S. MILITARY RETIRED PAY 8899 EAST 56TH STREET INDIANAPOLIS, IN  45249 ACCOUNT #RASX110021204** Line from *Schedule A/B*: **21.2** | $2,036.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(r)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

10/29/21  4:24PM

| Debtor 1 | **Jerry Wayne Wilson** | |
|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number (if known) _____ |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **VETERANS ADMINISTRATION DISABILITY BENEFIT $1335 PER MONTH (DEBTOR)** Line from *Schedule A/B*: **30.1** | **$1,335.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **VETERANS ADMINISTRATION DISABILITY BENEFIT $1335 PER MONTH (DEBTOR)** Line from *Schedule A/B*: **30.1** | **$1,335.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. §§ 3101(a) and 1970(g),  42 U.S.C. § 1717** |
| **Social Security Income (Debtor - $1,650.00 per month)**<br><br>**Location: 2268 Mesa Canyon Drive, Laughlin NV 89029-0700** Line from *Schedule A/B*: **30.2** | **$1,650.00** | ■ **$1,650.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(y)** |
| **Social Security Income (Co-Debtor - $ 765.00 per month)** Line from *Schedule A/B*: **30.3** | **$765.00** | ■ **$765.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(y)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

10/29/21  4:24PM

**Fill in this information to identify your case:**

| Debtor 1 | **Jerry Wayne Wilson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy Ann Wilson** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **BRIDGECREST FINANCIAL** xxxxxxx2701<br>Creditor's Name | Describe the property that secures the claim: | $21,088.00 | $18,000.00 | $3,088.00 |

**2017 CHRYSLER 300 39099 miles
Location: 2268 Mesa Canyon Drive,
Laughlin NV 89029**

**1800 N COLORADO STREET
Gilbert, AZ 85233**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Vol Return 10/28/2021 (Laughlin, NV)**

Date debt was incurred    **05/08/2020**         Last 4 digits of account number    **2701**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Jerry Wayne Wilson**

_____  Case number (if known)  _____

First Name          Middle Name          Last Name

Debtor 2  **Wendy Ann Wilson**

First Name          Middle Name          Last Name

| 2.2 | **CARDINAL FINANCE COMPANY 310146077****** | | **$141,408.00** | **$200,000.00** | **$0.00** |

Creditor's Name

**Describe the property that secures the claim:**

> **2268 Mesa Canyon Drive Laughlin, NV 89029  Clark County**
> **Pay Direct: see In Re: Henderson**
> **492 BR 537 (2013) US BK**
> **Court/District of NV**

**1 CORPORATE DR, SUITE 360 Lake Zurich, IL 60047**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)  **First Mortgage**

Date debt was incurred  **11/13/2019**      Last 4 digits of account number  **6077**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$162,496.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$162,496.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

[  ]   Name, Number, Street, City, State & Zip Code

**BRIDGECREST / DRIVETIME**
**7300 E HAMPTON AVE - STE 101**
**Mesa, AZ 85209**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

---

[  ]   Name, Number, Street, City, State & Zip Code

**BRIDGECREST CREDIT COMPANY, LLC**
**1800 N COLORADO ST**
**Gilbert, AZ 85233**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

---

[  ]   Name, Number, Street, City, State & Zip Code

**CARDINAL FINANCE COMPANY / DOVENMUEHLE**
**Corporate Headquarters**
**1 Corporate Drive Suite 360**
**Lake Zurich, IL 60047**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

---

[  ]   Name, Number, Street, City, State & Zip Code

**CARDINAL FINANCE COMPANY 310146077******
**1 CORPORATE DR,  SUITE 360**
**P O BOX 7168**
**Pasadena, CA 91109-7168**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

---

10/29/21  4:24PM

Debtor 1 **Jerry Wayne Wilson**

    First Name           Middle Name          Last Name

Debtor 2 **Wendy Ann Wilson**

    First Name           Middle Name          Last Name

Case number (if known) _____

---

[ ]   Name, Number, Street, City, State & Zip Code
**DMI/CARDINAL FINANCE COMPANY 310146077\*\***
**1 CORPORATE DR,  SUITE 360**
**Lake Zurich, IL 60047**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number  **DMI/CARDINAL FINANCE COMPANY**

---

[ ]   Name, Number, Street, City, State & Zip Code
**DMI/CARDINAL FINANCE COMPANY 310146077\*\***
**1 CORPORATE DR,  SUITE 360**
**Lake Zurich, IL 60047**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number  **7335**

---

[ ]   Name, Number, Street, City, State & Zip Code
**DOVENMUEHLE / CARDINAL FINANCE COMPANY**
**Corporate Headquarters**
**1 Corporate Drive Suite 360**
**Lake Zurich, IL 60047**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**DRIVETIME/BRIDGECREST 200053XXXXXX**
**7300 E HAMPTON AVE - STE 101**
**Mesa, AZ 85209**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 3

| Fill in this information to identify your case: | |
|---|---|

Debtor 1     **Jerry Wayne Wilson**
First Name          Middle Name          Last Name

Debtor 2     **Wendy Ann Wilson**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

**Part 2:     List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **ADS/COMENITY/BURKES** | Last 4 digits of account number    **XXXX** | $132.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 182789**
**Columbus, OH 43218**                        When was the debt incurred?     **Date Opened 06/19/2021**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent
                                       ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**     ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

**Account Number 585637XXXXXXXXXX**
**Account Type Charge Card**
**Responsibility Individual**
**Date Opened 06/19/2021**
**Status Open. $35 past due as of Sep 2021.**
**Status Updated Sep 2021**
**Balance $132**
**PO BOX 182789,**
☐ Yes                     ■ Other. Specify     **COLUMBUS OH 43218**

Debtor 1    Jerry Wayne Wilson
Debtor 2    Wendy Ann Wilson                                           Case number (if known) _____

| 4.2 | ADS/COMENITY/OVERSTOCK BANKRUPTCY DEPART | Last 4 digits of account number | XXXX | $548.00 |

**ADS/COMENITY/OVERSTOCK BANKRUPTCY DEPART**
Nonpriority Creditor's Name
**BANKRUPTCY DEPARTMENT**
**P O BOX 182120**
**Columbus, OH 43218**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**Last 4 digits of account number**    XXXX

**When was the debt incurred?**    Date Opened 04/23/2020

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Account Number 778840XXXXXXXXXX**
**Account Type Charge Card**
**Responsibility Individual**
**Date Opened 04/23/2020**
**PO BOX 182120,**
☐ Yes                  ■ Other. Specify    **COLUMBUS OH 43218**

---

| 4.3 | Along The River Properties | Last 4 digits of account number | wilson  Los Pueblos rental | $6,500.00 |

**Along The River Properties**
Nonpriority Creditor's Name

**3790 AZ Highway 95**
**Bullhead City, AZ 86442**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**Last 4 digits of account number**    wilson  Los Pueblos rental

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal Guarantee**
**3790 AZ-95, Bullhead City, AZ 86442**
☐ Yes                  ■ Other. Specify    **"Los Pueblos" rental early termination fees**

Debtor 1   **Jerry Wayne Wilson**

Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

---

| 4.4 | **AMAZON PLCC 604578115207****** | Last 4 digits of account number | **5207** | **$500.00** |

Nonpriority Creditor's Name

**P.O. Box 965015**

**Orlando, FL 32896-5015**

When was the debt incurred?    **02/21/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card purchases**

---

| 4.5 | **CONN APPLIANCES INC  56175****** | Last 4 digits of account number | **XXXX** | **$3,394.00** |

Nonpriority Creditor's Name

**3295 COLLEGE STREET**

**Beaumont, TX 77701**

When was the debt incurred?    **Date Opened 02/20/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Account Number 56175XXXX**
**Account Type Secured Loan**
**Responsibility Individual**
**Date Opened 02/20/2020**
**Balance $3,394**
**BEAUMONT TX 77701**
**Phone Number (877) 358-1252**

☐ Yes

■ Other. Specify    **>Charged Off<**

---

10/29/21  4:24PM

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

| 4.6 | **CREDIT ONE BANK**<br>**444796244629****** | Last 4 digits of account number | **4629** | **$545.00** |

Nonpriority Creditor's Name
**PO BOX 98875**
**Las Vegas, NV 89193**

When was the debt incurred?    **Date Opened 03/24/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**Phone Number (877) 825-3242**
**Account Number 444796XXXXXXXXX**
**Account Type Credit card**
**Responsibility Individual**
**Date Opened 03/24/2019**

☐ Yes

■ Other. Specify    **Balance $545**

| 4.7 | **CREDIT ONE BANK**<br>**444796XXXXXXXXX** | Last 4 digits of account number | **XXXX** | **$792.00** |

Nonpriority Creditor's Name
**PO BOX 98875**
**Las Vegas, NV 89193**

When was the debt incurred?    **Date Opened 04/06/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**CREDIT ONE BANK**
**Account Number 444796XXXXXXXXX**
**Account Type Credit card**
**Responsibility Individual**
**Date Opened 04/06/2021**
**Balance $792 CREDIT ONE BANK**
**6801 S. CIMARRON ROAD**
**LAS VEGAS, NV 89113**

☐ Yes

■ Other. Specify    **1-877-825-3242**

Debtor 1  **Jerry Wayne Wilson**
Debtor 2  **Wendy Ann Wilson**                                    Case number (if known)  _____

| 4.8 | **Dental Offices Thomas Hawkes, DDS, P.A.,** | Last 4 digits of account number | **wilson** | $100.00 |

Nonpriority Creditor's Name
**3003 AZ-95 Suite 15**
**Bullhead City, AZ 86442**
Number Street City State Zip Code

**When was the debt incurred?**  2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Thomas Hawkes, DDS, P.A.,**
**Brent Hawkes, D.M.D.**
**Palo Verde Professional Plaza**
**3003 AZ-95 Suite 15**
**Bullhead City, AZ 86442**

☐ Yes                    ■ Other. Specify  **Dental Services**

| 4.9 | **DIRECT TV** | Last 4 digits of account number | **wilson** | $600.00 |

Nonpriority Creditor's Name
**P.O. Box 5007**
**Carol Stream, IL 60197-5007**
Number Street City State Zip Code

**When was the debt incurred?**  2011-2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal Guarantee**

**DIRECTV**
**P.O. Box 5007**
**Carol Stream, IL 60197-5007**

**DIRECTV on att.com, U-verse® TV, and digital phone**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

**DIRECTV on directv.com**
**P.O. Box 5006**
**Carol Stream, IL 60197-500**

☐ Yes                    ■ Other. Specify

Debtor 1  **Jerry Wayne Wilson**

Debtor 2  **Wendy Ann Wilson**

Case number (if known)

| 4.10 | **DISCOVER FINANCIAL SERVICES** | Last 4 digits of account number | **XXXX** | **$1,914.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 15316**

**Wilmington, DE 19850**

Number Street City State Zip Code

**When was the debt incurred?**    **Date Opened 09/16/2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**DISCOVER FINANCIAL SERVICES**
**WILMINGTON DE 19850**
**Account Number 601100XXXXXXXXXX**
**Account Type Credit card**
**Responsibility Individual**
**Date Opened 09/16/2018**
**Balance $1,914**

☐ Yes

■ Other. Specify

---

| 4.11 | **DISCOVER FINANCIAL SERVICES**<br>**601100843938** | Last 4 digits of account number | **3938** | **$1,036.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 15316**

**ATT:CMS/PROD DEVELOP**

**Wilmington, DE 19850-5316**

Number Street City State Zip Code

**When was the debt incurred?**    **09/02/2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CREDIT CARD**

10/29/21 4:24PM

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

| 4.1 2 | **Dish Network** | Last 4 digits of account number | **wilson** | | $200.00 |

Nonpriority Creditor's Name
**PO Box 7203**
**Pasadena, CA 91109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **dish**
**PO Box 7203**
**Pasadena, CA**
**91109**

| 4.1 3 | **Ezyfast Pharmacy** | Last 4 digits of account number | **wilson** | | $600.00 |

Nonpriority Creditor's Name
**1701 S Casino Dr**
**Laughlin, NV 89029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Ezyfast Pharmacy**
**1701 S Casino Dr**
**Laughlin, NV 89029**

**Exact Care Pharmacy**
**8333 Rockside Rd**
**Cleveland, OH 44125**
**(216) 369-2200**

**Fulfillment Center**
**2701 Highpoint Oaks Drive #100**
**Lewisville, TX 75067**

10/29/21  4:24PM

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number (if known)

---

| 4.1 4 | **FIRST NATIONAL CREDIT CARD** | Last 4 digits of account number | **5979** | **$188.00** |

Nonpriority Creditor's Name

**P O BOX 2496**
**Omaha, NE 68103-2496**
Number Street City State Zip Code

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit card purchases**

---

| 4.1 5 | **Frontier Communications** | Last 4 digits of account number | **wilson** | **$100.00** |

Nonpriority Creditor's Name

**927 Hancock Road**
**Bullhead City, AZ 86442**
Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Frontier Communications Cable Telecom Fees**

---

| 4.1 6 | **GBS/FIRST ELECTRONIC BK** | Last 4 digits of account number | **0975** | **$1,986.00** |

Nonpriority Creditor's Name

**PO BOX 4499**
**Beaverton, OR 97076**
Number Street City State Zip Code

When was the debt incurred?   **9/16/2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit card purchases**

---

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**

Case number (if known) _____

| 4.17 | **Genesis FS Card Services** | Last 4 digits of account number | **0975** | $2,122.00 |

Nonpriority Creditor's Name
**PO Box 4477**
**Beaverton, OR 97076-4477**
Number Street City State Zip Code

**When was the debt incurred?**    **Date Opened  09/16/2020**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

Phone: 877-328-8334. FAX: 503-268-4711
Genesis FS Card Services
PO Box 4477
Beaverton, OR 97076-4477
FEB - RETAIL 4499
PO BOX 4499
BEAVERTON, OR 97076
1-503-350-4300

☐ Yes

■ Other. Specify

---

| 4.18 | **Ginny's / Ginny's® Credit Plan** | Last 4 digits of account number | **wilson** | $800.00 |

Nonpriority Creditor's Name
**1112 7th Ave.**
**Monroe, WI 53566-1364**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

Credit card purchases  Ginny's® Credit Plan

Ginny's
1112 7th Ave.
Monroe, WI 53566-1364

☐ Yes

■ Other. Specify

---

10/29/21 4:24PM

Debtor 1  **Jerry Wayne Wilson**

Debtor 2  **Wendy Ann Wilson**

Case number (if known) _____

| 4.19 | **HSN  / SYNCHRONY FINANCIAL** | Last 4 digits of account number | **wilson** | **$500.00** |

Nonpriority Creditor's Name

**P O BOX 530905**

**Atlanta, GA 30353-0905**

Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

| 4.20 | **Hughes Network Systems, LLC** | Last 4 digits of account number | **wilson** | **$100.00** |

Nonpriority Creditor's Name

**11717 Exploration Lane**

**Germantown, MD 20876**

Number Street City State Zip Code

**When was the debt incurred?**  **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Hughes Network Systems, LLC**
**11717 Exploration Lane Germantown, MD 20876**

**Are you interested in high-speed internet, TV or home phone service from HughesNet? Call now to explore plans in your area and to ask an expert y**

☐ Yes

■ Other. Specify

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Jerry Wayne Wilson**

Debtor 2   **Wendy Ann Wilson**

Case number (*if known*) _____

| 4.2 1 | **MERRICK BANK CORP** | Last 4 digits of account number | **XXXX** | | **$1,570.00** |

Nonpriority Creditor's Name

**PO Box 9201**
**Old Bethpage, NY 11804**

Number Street City State Zip Code

**When was the debt incurred?**    **Date Opened 01/03/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**MERRICK BANK CORP**
**Account Number 412061XXXXXXXXXX**
**Account Type Credit card**
**Responsibility Individual**
**Date Opened 01/03/2014**
**Status Account charged off/written off.**
**$1,570 past due as of Oct 2021.PO BOX**
**9201,**
**OLD BETHPAGE NY 11804**

☐ Yes

■ Other. Specify

---

| 4.2 2 | **NORTHERN ARIZ CREDIT SERVICE** | Last 4 digits of account number | **XXXX** | | **$155.00** |

Nonpriority Creditor's Name

**543 E ANDY DEVINE AVE**
**Kingman, AZ 86401**

Number Street City State Zip Code

**When was the debt incurred?**    **Date Opened 02/22/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**NORTHERN ARIZ CREDIT SERVICE**
**Account Number 153180XXXXXXXX**
**Account Type Collection MOHAVE**
**ELECTRIC**
**COOPERATIVE INC**
**928 Hancock Road Bullhead City, AZ 86442**
**Responsibility Individual  Date Opened**
**02/22/2018**
**(928) 753-4550 Office**

☐ Yes

■ Other. Specify

---

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

| 4.2 3 | **PREMIER BKCRD/FIRST PREMIER** | Last 4 digits of account number | **9617** | **$782.00** |

Nonpriority Creditor's Name

**601 S MINNESOTA AVE**
**Sioux Falls, SD 57104**

Number Street City State Zip Code

**When was the debt incurred?**    **Date Opened 04/07/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**PREMIER BKCRD/FIRST PREMIER**
**Account Number 517800XXXXXXXXXX**
**Credit card 3820 N LOUISE AVE 57107-0145**
**Date Opened 04/07/2019**
**Phone Number (800) 987-5521**
**Balance $782**

☐ Yes    ■ Other. Specify

**Balance Updated 09/12/2021**
**Rece**

---

| 4.2 4 | **Qcard** | Last 4 digits of account number | **wilson** | **$400.00** |

Nonpriority Creditor's Name

**P.O. Box 530905**
**Atlanta, GA 30353**

Number Street City State Zip Code

**When was the debt incurred?**    **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Credit card purchases**
**Qcard / P.O. Box 530905 /  Atlanta, GA**
**30353.**
**Synchrony Bank, P.O. Box 965012,**
**Orlando, FL 32896-5012.**

☐ Yes    ■ Other. Specify

---

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

| | | |
|---|---|---|
| **4.2 5** | **RADIUS GLOBAL SOLUTIONS LLC 3207****** | |

Nonpriority Creditor's Name

**9550 REGENCY SQUARE BLVD - SUITE 602**
**Jacksonville, FL 32225**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    3207            **$589.00**

When was the debt incurred?        **05/24/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**RADIUS GLOBAL SOLUTIONS LLC 3207****
9550 REGENCY SQUARE BLVD,SUITE602
JACKSONVILLE, FL 32225 Phone(844)
742-9293 Opene d05/24/2021 Account Type
COLLECTION AGENCY Balance $589 for
CENTURYLINK**

■ Other. Specify

---

| | | |
|---|---|---|
| **4.2 6** | **Seventh Avenue / Seventh Avenue® Credit** | |

Nonpriority Creditor's Name

**Bankruptcy Notices**
**1112 7th Avenue**
**Monroe, WI 53566-1364**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **wilson**            **$700.00**

When was the debt incurred?        **2015-2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Credit card purchases
Seventh Avenue® Credit,
1112 7th Avenue
Monroe, WI 53566-1364.**

■ Other. Specify

---

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**

Debtor 2    **Wendy Ann Wilson**

Case number (if known) _____

---

| 4.27 | **STONEBERRY** | Last 4 digits of account number | **26C2** | **$242.00** |

Nonpriority Creditor's Name

**P.O. Box 2820**

**Monroe, WI 53566-8020**

Number Street City State Zip Code

**When was the debt incurred?**    **2019**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.28 | **Swanty's Chrysler (attn: Credit Manager)** | Last 4 digits of account number | **Wilson** | **$2,500.00** |

Nonpriority Creditor's Name

**(please forward to Finance Company)**

**2494  Highway 95**

**Bullhead City, AZ 86442**

Number Street City State Zip Code

**When was the debt incurred?**    **2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal Guarantee**

**Swanty's Chrysler Dodge Jeep Ram of Bullhead City**

**2010 Chrysler 300 vol returned in**

■ Other. Specify    **2494 AZ-95, Bullhead City, AZ 86442**

---

10/29/21  4:24PM

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

| 4.2 9 | **SYNCB/AMAZON PLCC** **604578115207****** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 965015**
**Orlando, FL 32896-5015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **5207**                    **$446.00**

**When was the debt incurred?**    **02/21/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**SYNCB/AMAZON PLCC 604578115207****
PO BOX 965015 ORLANDO, FL 32896-5015
SYNCB/AMAZON PLCC
4125 WINDWARD PLAZA 30005**
■ Other. Specify    **ALPHARETTA, GA 30005**

---

| 4.3 0 | **WEBBANK/FINGERHUT** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6250 RIDGEWOOD RD,**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **XXXX**                    **$1,503.00**

**When was the debt incurred?**    **Date Opened 05/12/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**WEBBANK/FINGERHUT
Account Number 636992XXXXXXXXXX
Account Type Charge Card
Responsibility Individual
Date Opened 05/12/2019
Status Open. $264 past due as of Sep 2021.
Status Updated Aug 2021**
■ Other. Specify    **Balance $1,503**

---

10/29/21  4:24PM

Debtor 1   **Jerry Wayne Wilson**

Debtor 2   **Wendy Ann Wilson**

Case number (if known) _____

| 4.3 1 | **WEBBANK/FINGERHUT** | Last 4 digits of account number   **7736** | **$991.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**13300 PIONEER TRAIL**

**Eden Prairie, MN 55347**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **Opened 05/12/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**WEBBANK/FINGERHUT 636992107736****
13300 PIONEER TRAIL EDEN PRAIRIE,MN
55347 (866) 734-0342 Opened 05/12/2019
Account Type Revolving Account
FINGERHUT/WEBBANK
6250 RIDGEWOOD ROAD 56303
ST CLOUD, MN 56303
1-866-734-0342**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Aargon Collection Agency**<br>**8668 W. Spring Mountain Road**<br>**Las Vegas, NV 89117** | Line **4.1** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **AMAZON PLCC 604578115207****<br>4125 WINDWARD PLAZA**<br>**Alpharetta, GA 30005** | Line **4.29** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                                ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ASSET RECOVERY SOLUTIONS**<br>**2200 E DEVON AVE - STE 200-D**<br>**Des Plaines, IL 60018** | Line **4.22** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                                ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Card Services**<br>**P O Box 60517**<br>**City of Industry, CA 91716-0517** | Line **4.5** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                              ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Century Link**<br>**P O Box 2961**<br>**Phoenix, AZ 85062-2961** | Line **4.25** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Century Link**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** | Line **4.25** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Jerry Wayne Wilson**
Debtor 2  **Wendy Ann Wilson**                                    Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Century Link**<br>**1008 OLIVER ROAD**<br>**Monroe, LA 71201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Century Link**<br>**PO Box 660068**<br>**Dallas, TX 75266-0068** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Century Link**<br>**PO Box 165000**<br>**Altamonte Springs, FL 32716** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**CENTURYLINK**<br>**100 CenturyLink Drive**<br>**Monroe, LA 71203** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**COMENITY - OVERSTOCK.COM**<br>**PO BOX 659707**<br>**San Antonio, TX 78265-9707** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**COMENITY - OVERSTOCK.COM**<br>**BANKRUPTCY DEPARTMENT**<br>**P O BOX 183043**<br>**Columbus, OH 43218-3043** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**COMENITY - OVERSTOCK.COM**<br>**CUSTOMER SERVICE**<br>**P O BOX 183003**<br>**Columbus, OH 43218-3003** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**COMENITY BANK**<br>**PO Box 182273**<br>**Columbus, OH 43218-2273** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Comenity Bank**<br>**P O Box 183003**<br>**Columbus, OH 43218-3003** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Comenity Bank**<br>**PO Box 182120**<br>**Columbus, OH 43218** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Comenity Bank**<br>**P O Box 182789**<br>**Columbus, OH 43218-2789** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

10/29/21  4:24PM

Debtor 1  **Jerry Wayne Wilson**
Debtor 2  **Wendy Ann Wilson**

Case number (if known)

**COMENITY BANK**
**6939 AMERICANA PARKWAY**
**Reynoldsburg, OH 43068**

Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**COMENITY BANK/NWYRK & CO**
**P O Box 182789**
**Columbus, OH 43218-2789**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**COMENITY BURKESOL**
**6939 AMERICANA PARKWAY**
**Reynoldsburg, OH 43068**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CONN APPLIANCES INC 56175****
**P O BOX 2358**
**Beaumont, TX 77704-2358**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**PO Box 98873**
**Las Vegas, NV 89193**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**PO Box 60500**
**City of Industry, CA 91716-0500**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**PO Box 60500**
**City of Industry, CA 91716**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**PO Box 98873**
**Las Vegas, NV 89193-8872**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CREDIT ONE BANK**
**PO BOX 60500**
**City of Industry, CA 91716-0500**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CREDIT ONE BANK**
**6801 S. CIMARRON ROAD**
**Las Vegas, NV 89113**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CREDIT ONE BANK**
**PO BOX 98873**
**Las Vegas, NV 89193-8873**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CREDIT ONE BANK**
**444796244629****
**PO BOX 98872**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

10/29/21  4:24PM

| Debtor 1 | **Jerry Wayne Wilson** | |
|---|---|---|
| Debtor 2 | **Wendy Ann Wilson** | Case number (*if known*) |

**Las Vegas, NV 89193-8872**

| Last 4 digits of account number | **4629** |

---

Name and Address
**DIRECT TV**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Direct TV / CBE GROUP**
**131 Tower Park Drive**
**P O Box 900**
**Waterloo, IA 50704**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Bank**
**PO Box 15316**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Card**
**P O Box 15316**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Card**
**P O Box  51908**
**Los Angeles, CA 90051-6208**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**DISCOVER FINANCIAL SERVICES**
**2500 LAKE COOK ROAD**
**RIVERWOODS, IL 60015**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Equifax Information Services LLC**
**P.O. Box 740241**
**Atlanta, GA 30374**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Exact Care Pharmacy**
**Fulfillment Center**
**2701 Highpoint Oaks Drive #100**
**Lewisville, TX 75067**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Exact Care Pharmacy**
**Bankruptcy Notices**
**8333 Rockside Rd**
**Cleveland, OH 44125**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Experian**
**P.O. Box 9701**
**Allen, TX 75013**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Experian**
**475 ANTON BLVD**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims

---

10/29/21  4:24PM

Debtor 1  **Jerry Wayne Wilson**
Debtor 2  **Wendy Ann Wilson**

**Costa Mesa, CA 92626**

Case number (*if known*) _____

Last 4 digits of account number

■ Part 2: Creditors with Nonpriority Unsecured Claims

| | |
|---|---|
| Name and Address<br>**FEB - RETAIL / Genesis FS Card Services**<br>PO Box 4499<br>Beaverton, OR 97076 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**FINGERHUT**<br>6250 RIDGEWOOD RD,<br>Saint Cloud, MN 56303 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**FINGERHUT**<br>**CREDIT BUREAU REPORTING**<br>**SERVICES**<br>6250 RIDGEWOOD ROAD<br>Saint Cloud, MN 56303 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**FINGERHUT**<br>P O BOX 70281<br>Philadelphia, PA 19176-0281 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**First Elect Bank**<br>280 W 10200 South Suite 200<br>Sandy, UT 84070 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**First Electronic Bank**<br>PO Box 760<br>Draper, UT 84020 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**First National Bank of Omaha**<br>PO Box 3412<br>Omaha, NE 68103 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**First National Credit Card**<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**FIRST PREMIER BANK**<br>3820 N LOUISE AVE<br>Sioux Falls, SD 57107-0145 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**FIRST PREMIER BANK**<br>P O Box 5529<br>Sioux Falls, SD 57117-5529 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**GBS/FIRST ELECTRONIC BK**<br>PO BOX 4499 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

10/29/21  4:24PM

Debtor 1  **Jerry Wayne Wilson**
Debtor 2  **Wendy Ann Wilson**

Case number (if known) _____

**Beaverton, OR 97076**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Genesis FS Card Services**<br>**PO Box 4499**<br>**Beaverton, OR 97076** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Genesis FS Card Services**<br>**PO Box 84049**<br>**Columbus, GA 31908-4049** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**HSN**<br>**P O Box 183043**<br>**Columbus, OH 43218** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**MOHAVE ELECTRIC COOPERATIVE**<br>**INC**<br>**928 Hancock Road**<br>**Bullhead City, AZ 86442** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                    **MOHAVE ELECTRIC**

| | |
|---|---|
| Name and Address<br>**PORTFOLIO RECOV ASSOC**<br>**120 CORPORATE BLVD - STE 100**<br>**Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**RADIUS GLOBAL SOLUTIONS LLC**<br>**7831 GLENROY ROAD, SUITE 250**<br>**Minneapolis, MN 55439** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**STONEBERRY**<br>**SPECIAL ACCOUNT HANDLING**<br>**P.O. Box 2808**<br>**Monroe, WI 53566-8008** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**SYNCB**<br>**PO Box 965024**<br>**Orlando, FL 32896** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**SYNCB/QVC**<br>**P O Box 965012**<br>**Orlando, FL 32896-5012** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**SYNCHRONY BANK**<br>**P O Box 965036**<br>**Orlando, FL 32896** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**SYNCHRONY BANK**<br>**P O Box 965064** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

10/29/21  4:24PM

| Debtor 1 | **Jerry Wayne Wilson** |
|---|---|
| Debtor 2 | **Wendy Ann Wilson** |

Case number (if known)

**Orlando, FL 32896-5064**

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SYNCHRONY FINANCIAL** | Line **4.29** of (Check one): |
| **777 LONGRIDGE ROAD** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Stamford, CT 06902** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **TransUnion Consumer Relations** | Line **4.22** of (Check one): |
| **P.O. Box 2000** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Chester, PA 19016-2000** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **WEBBANK/FINGERHUT** | Line **4.30** of (Check one): |
| **13300 PIONEER TRAIL** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Eden Prairie, MN 55347** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 32,535.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 32,535.00 |

10/29/21  4:24PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State    ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State    ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State    ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State    ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State    ZIP Code | |

10/29/21  4:24PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes.

   In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

**3.1**
Name _____

Number    Street _____
City              State              ZIP Code

☐ Schedule D, line    _____
☐ Schedule E/F, line  _____
☐ Schedule G, line    _____

**3.2**
Name _____

Number    Street _____
City              State              ZIP Code

☐ Schedule D, line    _____
☐ Schedule E/F, line  _____
☐ Schedule G, line    _____

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>Jerry Wayne Wilson</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>Wendy Ann Wilson</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                                                12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | retired | retired |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $           0.00 | $           0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$           0.00 | +$           0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $           0.00 | $           0.00 |

Debtor 1  **Jerry Wayne Wilson**
Debtor 2  **Wendy Ann Wilson**

Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 1,650.00 | $ 765.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 2,036.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: RATHEON RETIREMENT PLAN ANNUITY | 8h.+ | $ 256.00 + | $ 0.00 |
| | V.A. DISABILITY INCOME | | $ 1,335.00 | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 5,277.00 | $ 765.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,277.00 + $ 765.00 = | $ 6,042.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 6,042.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Official Form 106I                           **Schedule I: Your Income**                           page 2

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| Debtor 2 (Spouse, if filing) | **Wendy Ann Wilson** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                             12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**       ■ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☐ Yes.  Fill out this information for each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $ _____ **856.00**

**If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **265.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **45.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1   **Jerry Wayne Wilson**

Debtor 2   **Wendy Ann Wilson**                                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $                                212.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $                                155.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $                                598.00 |
| | 6d. | Other. Specify: | 6d. | $                                    0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $                                790.00 |
| 8. | **Childcare and children's education costs** | | 8. | $                                    0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $                                175.00 |
| 10. | **Personal care products and services** | | 10. | $                                  75.00 |
| 11. | **Medical and dental expenses** | | 11. | $                                120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $                                480.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $                                175.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $                                  26.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $                                    0.00 |
| | 15b. | Health insurance | 15b. | $                                    0.00 |
| | 15c. | Vehicle insurance | 15c. | $                                161.00 |
| | 15d. | Other insurance. Specify: | 15d. | $                                    0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify:  **MILITARY RETIREMENT PAY DEDUCTION SBF** | | 16. | $                                  16.93 |
| | Specify:  **US MILITARY RETIREMENT FED TAX W/HOLDING** | | | $                                100.21 |
| | Specify:  **MILITARY RETIREMENT ALLOTMENTS** | | | $                                  57.76 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $                                531.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $                                    0.00 |
| | 17c. | Other. Specify:  **CONNS ( COUCH )** | 17c. | $                                129.00 |
| | 17d. | Other. Specify:  **GENESIS ( COUCH )** | 17d. | $                                119.00 |
| | | **AMERICAN HOME WARRANTY = APPLIANCES ETC.** | | $                                  72.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $                                    0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | $                                210.00 |
| | Specify:  **Help for 2 parents - both age 89** | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. | $                                    0.00 |
| | 20b. | Real estate taxes | 20b. | $                                    0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $                                    0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $                                    0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $                                    0.00 |
| 21. | **Other:** Specify:  **Hair Care** | | 21. | +$                                140.00 |
| | **TREE SERVICE AND GARDNER EXPENSES, GARDENING EXPENSES** | | | +$                                120.00 |
| | **AIR CONDITIONER REPAIR (TO BE DETERMINED)** | | | +$                                400.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 6,028.90 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 6,028.90 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 6,042.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 6,028.90 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 13.10 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.          Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Jerry Wayne Wilson** | X **/s/ Wendy Ann Wilson** |
|---|---|
| **Jerry Wayne Wilson** | **Wendy Ann Wilson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **October 29, 2021** | Date **October 29, 2021** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

10/29/21 4:24PM

| Debtor 1 | **Jerry Wayne Wilson** |
|---|---|
| Debtor 2 | **Wendy Ann Wilson** |

Case number *(if known)*

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $1,111.00 | Social Security Benefits | $765.00 |
| **For last calendar year:** (January 1 to December 31, 2020 ) | Social Security Benefits | $22,579.20 | Social Security Benefits | $10,450.00 |
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | Social Security Benefits | $20,700.00 | Social Security Benefits | $10,020.00 |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
■ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **CHRYSLER** | **AUGUST SEPTEMBER $531 X 2 MONTHS CHRYSLER 300** | $1,062.00 | $21,090.00 | ☐ Mortgage ■ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

10/29/21  4:24PM

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**

Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **CARDINAL FINANCE** | **$856 PER MONTH CURRENT** | $2,709.00 | $144,000.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■  No
    ☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■  No
    ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■  No
    ☐  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■  No. Go to line 11.
    ☐  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■  No
    ☐  Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■  No
    ☐  Yes

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**                                    Case number *(if known)* _____

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of David L. Tanner, Esq. 800 North Rainbow Boulevard - Suite #134 Las Vegas, NV 89107 tannerlaw@aol.com** | **Attorney Fees** | **10/14/2021** | **$550.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **4**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

10/29/21 4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**                    Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☑ ***Environmental law*** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Jerry Wayne Wilson**
Debtor 2   **Wendy Ann Wilson**                                    Case number *(if known)*

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**
Debtor 2    **Wendy Ann Wilson**                                    Case number *(if known)* _____

**are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Jerry Wayne Wilson** _____          **/s/ Wendy Ann Wilson** _____
**Jerry Wayne Wilson**                              **Wendy Ann Wilson**
**Signature of Debtor 1**                           **Signature of Debtor 2**

Date    **October 29, 2021** _____          Date    **October 29, 2021** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry Wayne Wilson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Wendy Ann Wilson** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

---

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **BRIDGECREST FINANCIAL** xxxxxxx2701 <br><br> Description of property securing debt: **2017 CHRYSLER 300 39099 miles Location: 2268 Mesa Canyon Drive, Laughlin NV 89029** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br><br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ■ No <br><br> ☐ Yes |
| Creditor's name: **CARDINAL FINANCE COMPANY** 310146077**** <br><br> Description of property securing debt: **2268 Mesa Canyon Drive Laughlin, NV 89029  Clark County Pay Direct: see In Re: Henderson 492 BR 537 (2013) US BK Court/District of NV** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br><br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Pay Direct: see In Re: Henderson 492 BR 537 (2013) US BK Court/District of NV** | ☐ No <br><br> ■ Yes |

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/29/21  4:24PM

Debtor 1    **Jerry Wayne Wilson**

Debtor 2    **Wendy Ann Wilson**                                        Case number *(if known)* _____

**You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Jerry Wayne Wilson**                                        X **/s/ Wendy Ann Wilson**

   **Jerry Wayne Wilson**                                              **Wendy Ann Wilson**

   Signature of Debtor 1                                                Signature of Debtor 2

   Date    **October 29, 2021**                                    Date    **October 29, 2021**

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

10/29/21  4:24PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **Jerry Wayne Wilson**
**Wendy Ann Wilson**        Case No. _____

Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,550.00 |
| Prior to the filing of this statement I have received | $ | 550.00 |
| Balance Due | $ | 1,000.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 29, 2021** | **/s/ David L. Tanner, Esq. #** |
| *Date* | **David L. Tanner, Esq. # 002366** |
| | *Signature of Attorney* |
| | **Law Offices of Layne F. Barney, Esq.** |
| | **800 North Rainbow Boulevard - Suite #134** |
| | **Las Vegas, NV 89107** |
| | **702-580-6999  Fax: 702-948-5006** |
| | **tannerlaw@aol.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Nevada

In re    **Jerry Wayne Wilson**
**Wendy Ann Wilson**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **October 29, 2021**

**/s/ Jerry Wayne Wilson**
**Jerry Wayne Wilson**
Signature of Debtor

Date:    **October 29, 2021**

**/s/ Wendy Ann Wilson**
**Wendy Ann Wilson**
Signature of Debtor

.

Jerry Wayne Wilson
Wendy Ann Wilson
2268 Mesa Canyon Drive
Laughlin, NV 89029-0700

David L. Tanner, Esq. #
Law Offices of Layne F. Barney, Esq.
800 North Rainbow Boulevard - Suite #134
Las Vegas, NV 89107

Aargon Collection Agency
Acct No 585637XXXXXXXXXX
8668 W. Spring Mountain Road
Las Vegas, NV 89117

ADS/COMENITY/BURKES
Acct No 585637XXXXXXXXXX
PO BOX 182789
Columbus, OH 43218

ADS/COMENITY/OVERSTOCK BANKRUPTCY DEPART
Acct No Account Number 778840XXXXXXXXX
BANKRUPTCY DEPARTMENT
P O BOX 182120
Columbus, OH 43218

Along The River Properties
Acct No wilson  Los Pueblos rental
3790 AZ Highway 95
Bullhead City, AZ 86442

AMAZON PLCC 604578115207****
Acct No  604578115207****
P.O. Box 965015
Orlando, FL 32896-5015

AMAZON PLCC 604578115207****
Acct No 604578115207****
4125 WINDWARD PLAZA
Alpharetta, GA 30005

ASSET RECOVERY SOLUTIONS
Acct No Account Number 153180XXXXXXXX
2200 E DEVON AVE - STE 200-D
Des Plaines, IL 60018

BRIDGECREST / DRIVETIME
Acct No 200053xxxxxxxx2701
7300 E HAMPTON AVE - STE 101
Mesa, AZ 85209

BRIDGECREST CREDIT COMPANY, LLC
Acct No 200053xxxxxxxx2701
1800 N COLORADO ST
Gilbert, AZ 85233

```
BRIDGECREST FINANCIAL xxxxxxx2701
Acct No 200053xxxxxxxx2701
1800 N COLORADO STREET
Gilbert, AZ 85233

Card Services
Acct No Account Number 56175XXXX
P O Box 60517
City of Industry, CA 91716-0517

CARDINAL FINANCE COMPANY / DOVENMUEHLE
Acct No 310146077****
Corporate Headquarters
1 Corporate Drive Suite 360
Lake Zurich, IL 60047

CARDINAL FINANCE COMPANY 310146077****
Acct No 310146077****
1 CORPORATE DR, SUITE 360
Lake Zurich, IL 60047

CARDINAL FINANCE COMPANY 310146077****
Acct No 310146077****
1 CORPORATE DR, SUITE 360
P O BOX 7168
Pasadena, CA 91109-7168

Century Link
Acct No  3207****
P O Box 2961
Phoenix, AZ 85062-2961

Century Link
Acct No  3207****
PO Box 165000
Altamonte Springs, FL 32716

Century Link
Acct No  3207****
PO Box 660068
Dallas, TX 75266-0068

Century Link
Acct No  3207****
1008 OLIVER ROAD
Monroe, LA 71201

Century Link
Acct No  3207****
PO Box 4300
Carol Stream, IL 60197-4300
```

CENTURYLINK
Acct No  3207****
100 CenturyLink Drive
Monroe, LA 71203

COMENITY - OVERSTOCK.COM
Acct No Account Number 778840XXXXXXXXX
PO BOX 659707
San Antonio, TX 78265-9707

COMENITY - OVERSTOCK.COM
Acct No Account Number 778840XXXXXXXXX
CUSTOMER SERVICE
P O BOX 183003
Columbus, OH 43218-3003

COMENITY - OVERSTOCK.COM
Acct No Account Number 778840XXXXXXXXX
BANKRUPTCY DEPARTMENT
P O BOX 183043
Columbus, OH 43218-3043

COMENITY BANK
Acct No 585637XXXXXXXXX
PO Box 182273
Columbus, OH 43218-2273

Comenity Bank
Acct No 585637XXXXXXXXX
P O Box 182789
Columbus, OH 43218-2789

Comenity Bank
Acct No 585637XXXXXXXXX
PO Box 182120
Columbus, OH 43218

Comenity Bank
Acct No 585637XXXXXXXXX
P O Box 183003
Columbus, OH 43218-3003

COMENITY BANK
Acct No Account Number 778840XXXXXXXXX
6939 AMERICANA PARKWAY
Reynoldsburg, OH 43068

COMENITY BANK/NWYRK & CO
Acct No 585637XXXXXXXXX
P O Box 182789
Columbus, OH 43218-2789

```
COMENITY BURKESOL
Acct No 585637XXXXXXXXXX
6939 AMERICANA PARKWAY
Reynoldsburg, OH 43068

CONN APPLIANCES INC  56175****
Acct No Account Number 56175XXXX
3295 COLLEGE STREET
Beaumont, TX 77701

CONN APPLIANCES INC 56175****
Acct No Account Number 56175XXXX
P O BOX 2358
Beaumont, TX 77704-2358

Credit One Bank
Acct No Account Number 444796244629***
PO Box 98873
Las Vegas, NV 89193

Credit One Bank
Acct No Account Number 444796244629***
PO Box 60500
City of Industry, CA 91716

Credit One Bank
Acct No Account Number 444796244629***
PO Box 98873
Las Vegas, NV 89193-8872

Credit One Bank
Acct No Account Number 444796244629***
PO Box 60500
City of Industry, CA 91716-0500

CREDIT ONE BANK
Acct No Account Number 444796XXXXXXXXX
6801 S. CIMARRON ROAD
Las Vegas, NV 89113

CREDIT ONE BANK
Acct No Account Number 444796XXXXXXXXX
PO BOX 60500
City of Industry, CA 91716-0500

CREDIT ONE BANK
Acct No Account Number 444796XXXXXXXXX
PO BOX 98873
Las Vegas, NV 89193-8873

CREDIT ONE BANK 444796244629****
Acct No Account Number 444796244629***
PO BOX 98875
Las Vegas, NV 89193
```

CREDIT ONE BANK 444796244629****
Acct No 444796244629****
PO BOX 98872
Las Vegas, NV 89193-8872

CREDIT ONE BANK 444796XXXXXXXXX
Acct No Account Number 444796XXXXXXXXX
PO BOX 98875
Las Vegas, NV 89193

Dental Offices Thomas Hawkes, DDS, P.A.,
Acct No wilson
3003 AZ-95 Suite 15
Bullhead City, AZ 86442

DIRECT TV
Acct No wilson
P.O. Box 5007
Carol Stream, IL 60197-5007

DIRECT TV
Acct No wilson
P.O. Box 5014
Carol Stream, IL 60197-5014

Direct TV / CBE GROUP
Acct No wilson
131 Tower Park Drive
P O Box 900
Waterloo, IA 50704

Discover Bank
Acct No Account Number 601100XXXXXXXXX
PO Box 15316
Wilmington, DE 19850

Discover Card
Acct No Account Number 601100XXXXXXXXX
P O Box 15316
Wilmington, DE 19850

Discover Card
Acct No Account Number 601100XXXXXXXXX
P O Box 51908
Los Angeles, CA 90051-6208

DISCOVER FINANCIAL SERVICES
Acct No Account Number 601100XXXXXXXXX
PO BOX 15316
Wilmington, DE 19850

DISCOVER FINANCIAL SERVICES
Acct No Account Number 601100XXXXXXXXX
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

DISCOVER FINANCIAL SERVICES 601100843938
Acct No 601100843938****
PO BOX 15316
ATT:CMS/PROD DEVELOP
Wilmington, DE 19850-5316

Dish Network
Acct No wilson
PO Box 7203
Pasadena, CA 91109

DMI/CARDINAL FINANCE COMPANY 310146077**
Acct No DMI/CARDINAL FINANCE COMPANY
1 CORPORATE DR, SUITE 360
Lake Zurich, IL 60047

DMI/CARDINAL FINANCE COMPANY 310146077**
Acct No xxxxxxxxx 7335
1 CORPORATE DR, SUITE 360
Lake Zurich, IL 60047

DOVENMUEHLE / CARDINAL FINANCE COMPANY
Acct No 310146077****
Corporate Headquarters
1 Corporate Drive Suite 360
Lake Zurich, IL 60047

DRIVETIME/BRIDGECREST 200053XXXXXX
Acct No 200053xxxxxxxxx2701
7300 E HAMPTON AVE - STE 101
Mesa, AZ 85209

Equifax Information Services LLC
Acct No Account Number 153180XXXXXXXX
P.O. Box 740241
Atlanta, GA 30374

Exact Care Pharmacy
Acct No wilson
Fulfillment Center
2701 Highpoint Oaks Drive #100
Lewisville, TX 75067

Exact Care Pharmacy
Acct No wilson
Bankruptcy Notices
8333 Rockside Rd
Cleveland, OH 44125

Experian
Acct No Account Number 153180XXXXXXXX
P.O. Box 9701
Allen, TX 75013

Experian
Acct No Account Number 153180XXXXXXXX
475 ANTON BLVD
Costa Mesa, CA 92626

Ezyfast Pharmacy
Acct No wilson
1701 S Casino Dr
Laughlin, NV 89029

FEB - RETAIL / Genesis FS Card Services
Acct No FEB-RETAIL763400500975***
PO Box 4499
Beaverton, OR 97076

FINGERHUT
Acct No 636992107736****
6250 RIDGEWOOD RD,
Saint Cloud, MN 56303

FINGERHUT
Acct No 636992107736****
P O BOX 70281
Philadelphia, PA 19176-0281

FINGERHUT
Acct No 636992107736****
CREDIT BUREAU REPORTING SERVICES
6250 RIDGEWOOD ROAD
Saint Cloud, MN 56303

First Elect Bank
Acct No FEB-RETAIL763400500975***
280 W 10200 South Suite 200
Sandy, UT 84070

First Electronic Bank
Acct No FEB-RETAIL763400500975***
PO Box 760
Draper, UT 84020

First National Bank of Omaha
Acct No ....5979
PO Box 3412
Omaha, NE 68103

FIRST NATIONAL CREDIT CARD
Acct No ....5979
P O BOX 2496
Omaha, NE 68103-2496

First National Credit Card
Acct No ....5979
3820 N Louise Ave
Sioux Falls, SD 57107

FIRST PREMIER BANK
Acct No Account Number 517800679617***
3820 N LOUISE AVE
Sioux Falls, SD 57107-0145

FIRST PREMIER BANK
Acct No Account Number 517800679617***
P O Box 5529
Sioux Falls, SD 57117-5529

Frontier Communications
Acct No wilson
927 Hancock Road
Bullhead City, AZ 86442

GBS/FIRST ELECTRONIC BK
Acct No FEB-RETAIL763400500975***
PO BOX 4499
Beaverton, OR 97076

Genesis FS Card Services
Acct No FEB-RETAIL763400500975***
PO Box 4477
Beaverton, OR 97076-4477

Genesis FS Card Services
Acct No FEB-RETAIL763400500975***
PO Box 4499
Beaverton, OR 97076

Genesis FS Card Services
Acct No FEB-RETAIL763400500975***
PO Box 84049
Columbus, GA 31908-4049

Ginny's / Ginny's® Credit Plan
Acct No wilson
1112 7th Ave.
Monroe, WI 53566-1364

HSN
Acct No wilson
P O Box 183043
Columbus, OH 43218

HSN  / SYNCHRONY FINANCIAL
Acct No wilson
P O BOX 530905
Atlanta, GA 30353-0905

Hughes Network Systems, LLC
Acct No wilson
11717 Exploration Lane
Germantown, MD 20876

MERRICK BANK CORP
Acct No Account Number 412061XXXXXXXXX
PO Box 9201
Old Bethpage, NY 11804

MOHAVE ELECTRIC COOPERATIVE INC
Acct No MOHAVE ELECTRIC
928 Hancock Road
Bullhead City, AZ 86442

NORTHERN ARIZ CREDIT SERVICE
Acct No Account Number 153180XXXXXXXX
543 E ANDY DEVINE AVE
Kingman, AZ 86401

PORTFOLIO RECOV ASSOC
Acct No Account Number 153180XXXXXXXX
120 CORPORATE BLVD - STE 100
Norfolk, VA 23502

PREMIER BKCRD/FIRST PREMIER
Acct No Account Number 517800679617***
601 S MINNESOTA AVE
Sioux Falls, SD 57104

Qcard
Acct No wilson
P.O. Box 530905
Atlanta, GA 30353

RADIUS GLOBAL SOLUTIONS LLC
Acct No  3207****
7831 GLENROY ROAD, SUITE 250
Minneapolis, MN 55439

RADIUS GLOBAL SOLUTIONS LLC 3207****
Acct No  3207****
9550 REGENCY SQUARE BLVD - SUITE 602
Jacksonville, FL 32225

Seventh Avenue / Seventh Avenue® Credit
Acct No wilson
Bankruptcy Notices
1112 7th Avenue
Monroe, WI 53566-1364

STONEBERRY
Acct No XXX8126-C2
P.O. Box 2820
Monroe, WI 53566-8020

STONEBERRY
Acct No XXX8126-C2
SPECIAL ACCOUNT HANDLING
P.O. Box 2808
Monroe, WI 53566-8008

Swanty's Chrysler (attn: Credit Manager)
Acct No Wilson
(please forward to Finance Company)
2494 Highway 95
Bullhead City, AZ 86442

SYNCB
Acct No  604578115207****
PO Box 965024
Orlando, FL 32896

SYNCB/AMAZON PLCC 604578115207****
Acct No 604578115207****
P.O. Box 965015
Orlando, FL 32896-5015

SYNCB/QVC
Acct No wilson
P O Box 965012
Orlando, FL 32896-5012

SYNCHRONY BANK
Acct No  604578115207****
P O Box 965036
Orlando, FL 32896

SYNCHRONY BANK
Acct No  604578115207****
P O Box 965064
Orlando, FL 32896-5064

SYNCHRONY FINANCIAL
Acct No 604578115207****
777 LONGRIDGE ROAD
Stamford, CT 06902

TransUnion Consumer Relations
Acct No Account Number 153180XXXXXXXX
P.O. Box 2000
Chester, PA 19016-2000

WEBBANK/FINGERHUT
Acct No Account Number 636992XXXXXXXXX
6250 RIDGEWOOD RD,
Saint Cloud, MN 56303

```
WEBBANK/FINGERHUT
Acct No 636992107736****
13300 PIONEER TRAIL
Eden Prairie, MN 55347

WEBBANK/FINGERHUT
Acct No Account Number 636992XXXXXXXXXX
13300 PIONEER TRAIL
Eden Prairie, MN 55347
```