Regina A. Habermas, Esq. (8481)
GHIDOTTI | BERGER  LLP
7251 West Lake Mead Blvd. Suite 470
Las Vegas, NV 89128
Tel: (949) 427-2010
Fax: (949) 427-2732
ghabermas@ghidottiberger.com

Attorneys for Creditor
Carvana, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| In Re: | ) | Case No.: 17-10628 |
|---|---|---|
| JERRY WAYNE WILSON,<br>WENDY ANN WILSON, | )<br>)<br>) | CHAPTER 7 |
| Debtors. | )<br>) | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL

INTERESTED PARTIES

**PLEASE TAKE NOTICE** that GHIDOTTI | BERGER, attorneys for Carvana, LLC hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as

required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

GHIDOTTI | BERGER, LLP requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Regina A. Habermas, Esq. (10743)
> GHIDOTTI | BERGER  LLP
> 7251 West Lake Mead Blvd. Suite 470
> Las Vegas, NV 89128
> Tel: (949) 427-2010
> Fax: (949) 427-2732
> ghabermas@ghidottiberger.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

/ / /

/ / /

/ / /

1  All of the above rights are expressly reserved and preserved by this party without exception and
2  with no purpose of confessing or conceding jurisdiction in any way by this filing or by any
3  other participation in these matters.

GHIDOTTI | BERGER  LLP

Dated:  November 4, 2021        By:/s/ Regina A. Habermas
             Regina A. Habermas, Esq. (8481)
             7251 West Lake Mead Blvd. Suite 470
             Las Vegas, NV 89128
             Tel: (949) 427-2010
             Fax: (949) 427-2732
             ghabermas@ghidottiberger.com
             Carvana, LLC

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1. On November 4, 2021, I served the following document(s):

    - **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

    **a. ECF System**

    COUNSEL FOR DEBTOR(S):
    DAVID L. TANNER            tannerlaw@aol.com

    TRUSTEE:
    LENARD E. SCHWARTZER       trustee@s-mlaw.com

    US TRUSTEE:
    US Trustee                 USTPRegion17.LV.ECF@usdoj.gov

    **b. United States mail, postage fully prepaid**

    DEBTOR(s):
    JERRY WAYNE WILSON
    2268 MESA CANYON DRIVE
    LAUGHLIN, NV 89029-0700

    WENDY ANN WILSON
    2268 MESA CANYON DRIVE
    LAUGHLIN, NV 89029-0700

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 4, 2021        By:  /s/ Brandy Carroll
                                    Brandy Carroll

1