NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−15167−nmc<br>CHAPTER 7 |
| JERRY WAYNE WILSON<br>    aka JERRY W WILSON<br>    aka WAYNE WILSON<br>    aka JERRY WAYNE WILSON SR. | NOTICE OF DOCKETING ERROR |
| WENDY ANN WILSON<br>    fka WENDY ANN KIZER | |
| Debtor(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *10* – Notice of Appearance and Request for Notice with Certificate of Service Filed by REGINA A. HABERMAS on behalf of CARVANA, LLC (HABERMAS, REGINA) |
| Filed On: | 11/4/21 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)

Dated: 11/5/21

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**