```
Regina Habermas, Esq.
Nevada State Bar # 8481
GHIDOTTI BERGER, LLP
7251 West Lake Mead Blvd. Suite 470
Las Vegas, NV 89128
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: ghabermas@ghidottiberger.com

Attorney for Secured Creditor
Carvana, LLC, its successors and assigns
```

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In re:<br><br>**JERRY WAYNE WILSON**,<br>**WENDY ANN WILSON,**<br><br>Debtors. | CASE NO.: 21-15167-nmc<br>**Chapter 7**<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY (11 U.S.C. Section 362 Bankruptcy Rule 4001)**<br><br>**Date: December 14, 2021**<br>**Time: 1:30 p.m.** |

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed on November 8, 2021 by Carvana, LLC ("Movant"), a creditor in this matter. The Motion seeks the following relief: Order Granting Relief from Automatic Stay permitting Movant to pursue with and complete any and all contractual and statutory remedies incident to its interest held in the 2017 Chrysler 300, VIN#2C3CCAAG1HH662168 ("Vehicle") by virtue of the Contract and Title. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

///

///

Notice of Motion
Page 1

**GHIDOTTI BERGER, LLP**
**7251 West Lake Mead Blvd. Suite 470**
**Las Vegas, NV 89128**
**PHONE: (949) 427-2010 FAX: (949) 427-2732**

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(C).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South. Bankruptcy Courtroom Number 3, Las Vegas, Nevada 89101 on December 14, 2021 at the hour of 1:30 P.M.

**GHIDOTTI BERGER, LLP**

DATED: November 8, 2021

By: /s/ Regina Habermas
Regina Habermas, Esq., Nevada State Bar #8481
Attorney for Movant

Notice of Motion
Page 2

**GHIDOTTI BERGER, LLP**
**7251 West Lake Mead Blvd. Suite 470**
**Las Vegas, NV 89128**
**PHONE: (949) 427-2010  FAX: (949) 427-2732**

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1. On November 8, 2021, I served the following document(s):

   - **NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY**

2. I served the above-named document(s) by the following means to the persons as listed below:

   a. **ECF System**

   COUNSEL FOR DEBTOR(S):
   DAVID L. TANNER          tannerlaw@aol.com

   TRUSTEE:
   LENARD E. SCHWARTZER     trustee@s-mlaw.com

   US TRUSTEE:
   US Trustee               USTPRegion17.LV.ECF@usdoj.gov

   b. **United States mail, postage fully prepaid**

   DEBTOR(s):
   JERRY WAYNE WILSON
   2268 MESA CANYON DRIVE
   LAUGHLIN, NV 89029-0700

   WENDY ANN WILSON
   2268 MESA CANYON DRIVE
   LAUGHLIN, NV 89029-0700

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 8, 2021          By: */s/ Brandy Carroll*
                                      Brandy Carroll

1