

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 16, 2021
_____

Regina A. Habermas, Esq.
Nevada Bar No. 8481
GHIDOTTI BERGER, LLP
7251 West Lake Mead Blvd. Ste 470
Las Vegas, NV 89128
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: ghabermas@ghidottiberger.com

Attorney for Secured Creditor
Carvana, LLC, its successors and assigns

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In re: <br><br> **JERRY WAYNE WILSON**, <br> **WENDY ANN WILSON,** <br><br> Debtors. | **CASE NO.: 21-15167-nmc** <br> **Chapter 7** <br><br> **<u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>** <br><br> ("2017 Chrysler 300, <br> VIN 2C3CCAAG1HH662168") <br><br> Date: 12/14/2021 <br><br> Time: 1:30 PM |

Carvana, LLC ("**Movant**"), through undersigned counsel, applied for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with a vehicle described as a 2017 Chrysler 300, VIN 2C3CCAAG1HH662168 ("**Vehicle**").  A hearing came before the Honorable Natalie M. Cox on December 14, 2021:

**IT IS THEREFORE ORDERED** that:

1. Creditor is granted relief from the automatic stay provisions of 11 U.S.C. 362 to permit Creditor, and Creditor's successors and assigns to continue all acts necessary to secure possession of the 2017 Chrysler 300, VIN 2C3CCAAG1HH662168 and sell the 2017 Chrysler 300, VIN 2C3CCAAG1HH662168 in a commercially reasonable manner without further hearing before this Court pursuant to applicable state law proceed;

2. Fed.R.Bankr.P., Rule 4001(a)(3) be waived and the stay terminate upon entry of the order;

3. This Order is binding and effective despite any conversion of this case.

Respectfully submitted this 14th day of December, 2021.

                                            GHIDOTTI | BERGER LLP

By:   */s/ Regina A. Habermas, Esq.*
        Regina A. Habermas, Esq.
        Nevada Bar No. 8481
        Attorneys for Movant

In accordance with LR 9021, counsel for Movant hereby certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.